WALDER v. ULRICH. (Circuit Court of Appeals, Third Circuit. February 9, 1898.) Appeal from the Circuit Court of the United States for the District of New Jersey. A. v. Briesen, for appellant. A. G. N. Vermilya, for appellee. For opinion of circuit court, see 83 Fed. 477. Dismissed, pursuant to the twentieth rule.

WEAVER v. TABOR et al. (Circuit Court of Appeals, Fifth Circuit. September 6, 1897.) No. 636. Appeal from the Circuit Court of the United States for the Northern District of Texas. D. A. Kelley, for appellee. Appeal docketed and dismissed, on certificate, pursuant to the sixteenth rule.

WEST v. MORRIS et al. (Circuit Court of Appeals, Eighth Circuit. January 21, 1898.) No. 925. Appeal from the Circuit Court of the United States for the District of Colorado. T. A. Green, for appellant. Gustave C. Bartels, James H. Blood, and J. C. Helm, for appellees. Dismissed, with costs, for failure of appellants to comply with the order of December 15, 1897, requiring the appellants to deposit the amount of the estimated cost of printing the record, and to direct the printing thereof, on or before January 3, 1898.

WILSON v. WARD LUMBER CO. (Circuit Court of Appeals, Eighth Circuit. December 6, 1897.) No. 745. In Error to the Circuit Court of the United States for the Eastern District of Missouri. H. J. Cantwell and Albert W. Edwards, for plaintiff in error. Martin L. Clardy, for defendant in error. Dismissed, with costs, on motion of the plaintiff in error. See 67 Fed. 674.